IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YASMANI FONT VECINO, § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-26-CV-565-KC |
| § § | |
| PAMELA BONDI et al., § § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 26, 2026, Yasmani Font Vecino, a Cuban national subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 3. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 6, in opposition to Font Vecino's Petition.

Respondents argue that Font Vecino's continued detention is lawful because his "removal is, in fact, significant[ly] likely in the reasonably foreseeable future." *See* Resp. 3. In support, they attach the Declaration of Supervisory Detention and Deportation Officer Carlos A. Vasquez ("Vasquez Decl."), ECF No. 6-1. According to Vasquez, on "January 11, 2026, ERO prepared [a] third country removal packet, and nominated [Font] Vecino for removal to Mexico." *Id.* ¶ 6. And, on February 13, they attempted to remove Font Vecino to Mexico, but he "failed to comply." *Id.* ¶¶ 8–9. Accordingly, "ERO will be sending Font Vecino back to his originating AOR to continue removal efforts to his native country of Cuba." *Id.* ¶ 5. To this end, "[t]he Removal Coordination Unit officer will complete a travel document request for Font Vecino," and, once received, "[he] will be scheduled for a removal flight." *Id.* ¶ 11.

Given that Font Vecino's removal to Cuba, Mexico, or a third country would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than April 9, 2026**, detailing the following:

(1) whether the Removal Coordination Unit officer has completed a travel document request for Font Vecino, and if not, the expected timeline for completion;

(2) if a travel document request has been completed, whether it was submitted to Cuba, and if not, the expected timeline for submission; and

(3) if a travel document request has been submitted to Cuba, the date of submission, and, the expected timeline for approval.

**SO ORDERED**.

**SIGNED** this 10th day of March, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE